UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MOSES LAMAR SCOTT, ID #686532,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | CIVIL ACTION NO. |
| VS.   ) | |
| ) | 3:11-CV-0410-G (BH) |
| BOARD OF PARDONS AND PAROLES,   ) | |
| ) | |
| Defendant.   ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.  By separate judgment, defendant Board of Pardons and Paroles motion to dismiss plaintiff's § 1983 claims against it under Rule 12(b)(6) for failure to state a claim is **GRANTED**, and plaintiff's § 1983 suit is **DISMISSED** with prejudice.

**SO ORDERED**.

January 3, 2012.

_____
**A. JOE FISH**
**Senior United States District Judge**